# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --        )
            )
The Boeing Company      )   ASBCA No. 58617
            )
Under Contract No. N00383-06-D-001J   )

APPEARANCES FOR THE APPELLANT:    Andrew E. Shipley, Esq.
               Seth H. Locke, Esq.
               Lee P. Curtis, Esq.
                Perkins Coie LLP
                Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Ronald J. Borro, Esq.
                Navy Chief Trial Attorney
               Stephen D. Tobin, Esq.
               Anthony K. Hicks, Esq.
                Trial Attorneys

## ORDER OF DISMISSAL

Appellant's counsel having advised the Board by letter dated 23 December 2015 that the parties have executed a settlement agreement, and that both parties request that the Board dismiss the appeal with prejudice, this appeal is hereby dismissed with prejudice.

Dated: 5 January 2016

                ALEXANDER YOUNGER
                Administrative Judge
                Armed Services Board
                of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58617, Appeal of The Boeing Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2